UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW CINGULAR WIRELESS, PCS, LLC<br>f/k/a AT&T WIRELESS PCS, LLC<br>and MCF COMMUNICATIONS, INC.<br>Plaintiffs<br><br>vs.<br><br>TOWN OF CHARLESTOWN, R.I, et al.<br>Defendants | C.A. No.: 03-421-S |

ENTRY OF APPEARANCE

I, Peter D. Ruggiero, enter my appearance on behalf of the Town of Charlestown, R.I., the Charlestown Planning Commission, the Charlestown Town Planner and the Charlestown Building Official in the above-referenced proceeding.

Respectfully Submitted,
TOWN OF CHARLESTWON
By Their Attorney,

Peter D. Ruggiero (#5733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

March 28, 2006

CERTIFICATION

I, the undersigned, do hereby certify that on the 3rd day of April 2006, I hand-delivered a true and accurate copy of the foregoing to the following persons:

Richard J. Welch
Moses, Afonso, Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Christopher J. Zangari
Marinosci & Zangari
1575 South County Trial
East Greenwich, R.I. 02818
(401) 751-8090