UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEW CINGULAR WIRELESS, PCS, LLC |
f/k/a AT&T WIRELESS PCS, LLC |
and MCF COMMUNICATIONS, INC. |
Plaintiffs |
|
vs. | C.A. No.: 03-421-S
|
TOWN OF CHARLESTOWN, R.I, et al. |
Defendants |

**CONSENT ORDER**

Now come the parties in the above-captioned matter and hereby agree that the following order may enter:

1. Plaintiffs shall be set down for a public hearing on May 17, 2006 before the Charlestown Planning Commission for Development Plan Review ("Commission") concerning Plaintiff's proposed telecommunications facility tower (the "Project").

2. Plaintiffs' Motion to Supplement Pleadings and prospective Defendants, the Charlestown Planning Commission, Charlestown Building Official and Charlestown Town Planner's ["Prospective Parties"] Objection to Plaintiffs' Motion to Supplement shall be passed at this time and subject to review by the Court at a later review date to be determined by the Court.

3. By entry of the Consent Order, all existing parties and Prospective Parties agree that, by proceeding before the Commission, the applicants do not waive, and shall not be deemed to have waived, their objections to the authority and jurisdiction of the Town of Charlestown Planning Commission to conduct a Development Plan Review of the Project. Otherwise, the parties and Prospective Parties specifically reserve all other rights and arguments concerning the authority and jurisdiction of the Town of Charlestown Planning Commission to conduct a Development Plan Review of the Project.

TOWN OF CHARLESTOWN
And PROSPECTIVE PARTIES
By Their Attorney,

Peter D. Ruggiero (#5733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

CHARLESTOWN ZONING BOARD

By Their Attorney,

Christopher J. Zangari
MARINOSCI & ZANGARI
1575 South County Trail
East Greenwich, R.I. 02818
Tel: (401) 751-8090

Richard J. Welch (#4497)
MOSES, AFONSO, JACKVONY, LTD.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins (RJW)

Douglas H. Wilkins
ANDERSON & KREIGER, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575
Pro Hac Vice

Enter:

Dated: 4/27/06

By Order:

Dated: ____________________

AT&T/MCFCommunications/Consent Order 04.10.06