UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 30 2006
Property of U.S. District Court
District of Rhode Island

NEW CINGULAR WIRELESS, PCS, LLC
f/k/a AT&T WIRELESS PCS, LLC
and MCF COMMUNICATIONS, INC.
Plaintiffs

vs. C.A. No.: 03-421-S

TOWN OF CHARLESTOWN, R.I, et al.
Defendants

**SECOND CONSENT ORDER**

Now come the parties and the prospective parties named in the pending Motion for Further Relief (described more fully below) in the above-captioned matter and hereby agree and request that the following order may enter:

1. Plaintiffs shall be set down for a continued public hearing on June 29, 2006 before the Charlestown Planning Commission for Development Plan Review ("Commission") concerning Plaintiff's proposed telecommunications facility tower (the "Project").

2. The Special Use Permit for the Project, issued by vote of the Charlestown Zoning Board of Review on July 19, 2005, shall continue in effect, due to the pendency of this litigation and in order to preserve the status quo pending resolution of the Commission's proceedings and, if necessary, resolution of the issues in this litigation, including but not limited to the pending Plaintiffs' Motion for Further Relief Implementing This Court's Order or, In the Alternative, for Amendment of the Remand Order, scheduled for hearing on July 17, 2006.

3. To preserve the status quo pending resolution of this litigation and pursuant to the Town of Charlestown Ordiances, Chapter 218 Section 218-25 C.,the Project's Special Use Permit shall only expire if no building permit is obtained before 5 PM on the day on which the last of the following occurs: (1) six months after a vote of the Commission approving the project upon favorable terms (i.e. terms that the plaintiffs do not appeal or otherwise subject to judicial scrutiny), (2) in the absence of favorable vote of the Commission, six months after the date any judicial order in this case becomes final and unappealable

(i.e. after the expiration of all deadlines for filing an appeal or writ of certiorari), (3) the date of any further administrative or judicial extension obtained by consent or otherwise.

4. By entry of this Second Consent Order, all existing parties and Prospective Parties agree that, by proceeding before the Commission at the continued public hearing and other Commission proceedings, the applicants do not waive, and shall not be deemed to have waived, their objections to the authority and jurisdiction of the Town of Charlestown Planning Commission to conduct a Development Plan Review of the Project. Otherwise, the parties and Prospective Parties specifically continue to reserve all other rights and arguments concerning the authority and jurisdiction of the Town of Charlestown Planning Commission to conduct a Development Plan Review of the Project.

TOWN OF CHARLESTOWN
And PROSPECTIVE PARTIES
By Their Attorney,

Peter D. Ruggiero (#5733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

CHARLESTOWN ZONING BOARD

By Their Attorney,

Christopher J. Zangari 5742
MARINOSCI & ZANGARI
1575 South County Trail
East Greenwich, R.I. 02818
Tel: (401) 751-8090

Richard J. Welch (#4497)
MOSES, AFONSO, JACKVONY, LTD.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins (RJW)
Douglas H. Wilkins
ANDERSON & KREIGER, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575
Pro Hac Vice

Enter:

Dated: 6/22/06

By Order:

Dated: 6/23/06