FILED
JUL 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 03-421S

| | |
|---|---|
| AT&T WIRELESS PCS, LLC, d/b/a AT&T WIRELESS and MCF COMMUNICATIONS Plaintiffs | ) |
| v. | ) |
| TOWN OF CHARLESTOWN, RHODE ISLAND and ZONING BOARD OF REVIEW OF THE TOWN OF CHARLESTOWN, RHODE ISLAND and MICHAEL RZEWUSKI, RONALD CROSSON, MILTON KRANTZ, RAYMOND DRECZKO, and RICHARD HORSTMANN, as they are Members and Associate Members of the Zoning Board of Review of the Town of Charlestown, Rhode Island, Defendants | ) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR FURTHER RELIEF OR TO AMEND ORDER**

Pursuant to Local Rule 12(a)(1), the plaintiffs move for leave to file the accompanying, supplemental Affidavit of Brad Gannon dated July 6, 2006 ("Affidavit") in support of their Motion for Further Relief Implementing This Court's Order or, in the Alternative, For Amendment of the Remand Order ("Motion"), filed on March 17, 2006, currently scheduled for Argument on July 17, 2006. As grounds for this motion, the plaintiffs state:

1. The affidavit sets forth facts that occurred after the filing of the Motion, which chronicle the plaintiffs' efforts to coordinate with the Town and to exhaust reasonable avenues to resolve the matter short of litigating the Motion.

2. The Affidavit shows that the Town's Planning Commission, on two occasions,

GRANTED
WAmm
William E. Smith
U.S. District Judge
7/13/06