UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY REGAN, et al.
Plaintiffs

Vs.

NEW CINGULAR WIRELESS, PCS, LLC,
Et al.
Defendants

C.A. No.: 2006-311-S
2003-421-S
Consolidated

ORDER

The co-defendant, Town of Charlestown's, Motion to Consolidate this case with a companion case involving a common nucleus of operative facts assigned C.A.No.:03-421-S is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. That this Motion is hereby GRANTED.
2. The Court further finds that the matter shall be expedited for Summary Decision. Accordingly, all parties shall file cross motions for Summary Judgment within thirty (30) days, but no later than August 18, 2006.
3. Replies to each of the party's Motion for Summary Judgment shall be allowed within fifteen (15) days thereafter, but no later than September 1, 2006

Enter:

Per Order:

____________________________ ____________________________

ENTER WESm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/24/06

Presented by:

Peter D. Ruggiero (#5733)
Charlestown Town Solicitor
RUGGIERO, ORTON, & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: 401-737-8700
Fax: 401-737-0735

July 19, 2006

## CERTIFICATION

I, the undersigned, do hereby certify that on the 21st day of July 2006, I did mail via U.S. Mail, first class, prepaid, a true and accurate copy of the foregoing Order to the following persons:

Richard J. Welch
Moses, Afonso, Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Christopher J. Zangari
Marinosci & Zangari
1575 South County Trail
East Greenwich, R.I. 02818
(401) 751-8090

Kelly M. Fracassa
Naccarato & Fracassa
P.O. Box 2976
Westerly, R.I. 02891
(401) 596-0321

Mary Ann Leonardo