Original for Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEW CINGULAR WIRELESS, PCS, LLC
f/k/a AT&T WIRELESS PCS, LLC
and MCF COMMUNICATIONS, INC.
Plaintiffs

vs.     C.A. No.: 03-421-S

TOWN OF CHARLESTOWN, R.I, et al.
Defendants

## TOWN OF CHARLESTOWN'S ANSWER TO PLAINTIFFS AMENDED COMPLAINT

1. Co-Defendants, Town of Charlestown, the Charlestown Planning Commission, the Charlestown Building Official, and the Charlestown Town Planner (hereinafter collectively referred to as the "Town"), neither admit nor deny the Plaintiffs allegations and prayers contained in paragraphs 1. through 100. of their complaint in this matter, as those portions of the complaint are not alleged against these defendants, but otherwise leave the Plaintiffs to their proof.

2. The Town neither admits nor denies the allegations set forth in paragraph 101 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

3. Paragraph 102 of the Plaintiffs' complaint is admitted.

4. Admitted as to the Town Planner's address, denied that James Lamphere serves as the Town Planner.

5. Paragraph 104 of the Plaintiffs' complaint is admitted.

6. The Town neither admits nor denies the allegations set forth in paragraph 105 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

7. The Town neither admits nor denies the allegations set forth in paragraph 106 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

8. The Town neither admits nor denies the allegations set forth in paragraph 107 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

9. The Town neither admits nor denies the allegations set forth in paragraph 108 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

10. The Town neither admits nor denies the allegations set forth in paragraph 109 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

11. The Town neither admits nor denies the allegations set forth in paragraph 110 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

12. The Town neither admits nor denies the allegations set forth in paragraph 111 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

13. The Town neither admits nor denies the allegations set forth in paragraph 112 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

14. The Town neither admits nor denies the allegations set forth in paragraph 113 of the Plaintiffs complaint, but leaves the Plaintiffs to their proof.

15. The Town neither admits nor denies the allegations set forth in paragraph 114 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

16. The Town neither admits nor denies the allegations set forth in paragraph 115 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

17. The Town neither admits nor denies the allegations set forth in paragraph 116 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

18. The Town neither admits nor denies the allegations set forth in paragraph 117 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

19. The Town neither admits nor denies the allegations set forth in paragraph 118 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

20. Paragraph 119 of the Plaintiffs' complaint is denied.

21. Paragraph 120 of the Plaintiffs' complaint is denied.

22. Paragraph 121 of the Plaintiffs' complaint is denied.

23. The Town neither admits nor denies the allegations set forth in paragraph 122 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

24. The Town neither admits nor denies the allegations set forth in paragraph 123 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

25. The Town neither admits nor denies the allegations set forth in paragraph 124 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

26. The Town neither admits nor denies the allegations set forth in paragraph 125 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

27. Paragraph 126 of the Plaintiffs' complaint is denied.

28. Paragraph 127 of the Plaintiffs' complaint is denied.

29. Paragraph 128 of the Plaintiffs' complaint is denied.

30. The Town neither admits nor denies the allegations set forth in paragraph 129 of the Plaintiffs'' complaint, but leaves the Plaintiffs to their proof.

31. The Town neither admits nor denies the allegations set forth in paragraph 130 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

32. The Town neither admits nor denies the allegations set forth in paragraph 131 of the Plaintiffs' complaint, but leaves the Plaintiffs to their proof.

33. Paragraph 132 of the Plaintiffs' complaint is denied.

34. Paragraph 133 of the Plaintiffs' complaint is denied.

35. Paragraph 134 of the Plaintiffs' complaint is denied.

36. Paragraph 135 of the Plaintiffs' complaint is denied.

WHEREFORE, the Town prays the Court enter an Order denying and dismissing the Plaintiffs' prayers for relief alleged against the Town contained in their Amended Complaint and/or any other or further relief as deemed just and reasonable under the circumstances.

## AFFIRMATIVE DEFENSES

Waiver

Estoppel

Lack of subject matter jurisdiction

Unclean hands

Failure To State A Claim Upon Which Relief May Be Granted

Respectfully Submitted,
TOWN OF CHARLESTWON
By Their Attorney,

Peter D. Ruggiero (#5733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

July 24, 2006

CERTIFICATION

I, the undersigned, do hereby certify that on the 24th day of July, 2006, I forwarded by U.S. mail, first class, postage pre-paid a true and accurate copy of the foregoing to the following persons:

Richard J. Welch
MOSES, AFONSO, JACKVONY, LTD.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins
ANDERSON & KREIGER, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Kelly M. Fracassa, Esq.
Naccarato & Fracassa.
P.O. Box 2976
Westerly, Rhode Island 02891
(401) 596-0321

Christopher J. Zangari
MARINOSCI & ZANGARI
1575 South County Trail
East Greenwich, R.I. 02818
(401) 751-8090