UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEW CINGULAR WIRELESS, PCS, LLC
f/k/a AT&T WIRELESS PCS, LLC
and MCF COMMUNICATIONS, INC.
Plaintiffs

vs. C.A. No.: 03-421-S

TOWN OF CHARLESTOWN, R.I, et al.
Defendants

**Consolidated with:**

TIMOTHY REGAN, KATHLEEN E.
REGAN, HAROLD H. HULTGREN
REVOCABLE TRUST and
CHARLESTOWN LAND GROUP, LLC,

Plaintiffs

vs. C.A. No.: 06-311-S

NEW CINGULAR WIRELESS, PCS, LLC
f/k/a AT&T WIRELESS PCS, LLC
and MCF COMMUNICATIONS, INC.
TOWN OF CHARLESTOWN, R.I, et al.
Defendants

**THIRD CONSENT ORDER**

Now come the parties in the above-captioned matters and hereby agree and request that the following order may enter:

1. Plaintiffs in Civil Action number 03-421-S shall be set down for a final, continued public hearing on August 3, 2006 before the Charlestown Planning Commission for Development Plan Review ("Commission") concerning Plaintiff's proposed telecommunications facility tower (the "Project"). The plaintiffs' jurisdictional arguments, and their argument that any right of the Commission to review the Project has been waived, are preserved notwithstanding their pursuit of

their application before the Commission and notwithstanding any order in this matter.

2. The Planning Commission of the Town of Charlestown ("Commission") is hereby ordered to reach a final conclusion at the August 3 public hearing, one way or the other, on the pending application before it regarding the Project. There shall be no further continuances, extensions or delays of the Commission's proceedings beyond the August 3 date.

3. The Commission shall restrict itself to matters within its authority under the applicable statutes and ordinances and shall not consider matters beyond that authority.

4. The Charlestown Building Official shall act forthwith upon the application for the building permit for the Project upon completion of the Commission's proceedings.

5. The motion to amend and supplement the complaint in Civil Action number 03-421-S is allowed, and the defendants' answer shall be due on or before August 6, 2006.

6. The Town's motion to consolidate is granted. Civil Action number 03-421-S is consolidated with Civil Action Number 06-311S. Both cases shall be administered under Civil Action number 03-421-S. The issues in Civil Action Number 06-311S shall be briefed according to the following schedule:

| | |
|---|---|
| August 18 | Cross-Motions for Summary Judgment and all supporting memoranda and evidentiary materials to be served and filed |
| September 1 | Replies to Motions for Summary Judgment (not to exceed 5 pages) and supporting materials to be served and filed |

7. The following provisions of the Second Consent Order continue in full force and effect:

   a. The Special Use Permit for the Project, issued by vote of the Charlestown Zoning Board of Review on July 19, 2005, shall continue in effect, due to the pendency of this litigation and in order to preserve the status quo pending resolution of the Commission's proceedings and, if necessary, resolution of the issues in this litigation, including but not limited to the pending Plaintiffs' Motion for Further Relief Implementing This

Court's Order or, In the Alternative, for Amendment of the Remand Order.

b. To preserve the status quo pending resolution of this litigation and pursuant to the Town of Charlestown Ordinances, Chapter 218 Section 218-25 C, the Project's Special Use Permit shall only expire if no building permit is obtained before 5 PM on the day on which the last of the following occurs: (1) six months after a vote of the Commission approving the project upon favorable terms (i.e. terms that the plaintiffs do not appeal or otherwise subject to judicial scrutiny), (2) in the absence of favorable vote of the Commission, six months after the date any judicial order in this case becomes final and unappealable (i.e. after the expiration of all deadlines for filing an appeal or writ of certiorari), (3) the date of any further administrative or judicial extension obtained by consent or otherwise.

c. All parties agree that, by proceeding before the Commission at the continued public hearing and other Commission proceedings, the applicants do not waive, and shall not be deemed to have waived, their objections to the authority and jurisdiction of the Town of Charlestown Planning Commission to conduct a Development Plan Review of the Project. Otherwise, the parties and Prospective Parties specifically continue to reserve all other rights and arguments concerning the authority and jurisdiction of the Town of Charlestown Planning Commission to conduct a Development Plan Review of the Project.

TOWN OF CHARLESTOWN
And NEW PARTIES
By Their Attorney,

Peter D. Ruggiero (#5733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

CHARLESTOWN ZONING BOARD

By Their Attorney,

Christopher J. Zangari
MARINOSCI & ZANGARI
1575 South County Trail
East Greenwich, R.I. 02818
Tel: (401) 751-8090

PLAINTIFFS IN
CIVIL ACTION 03-421-S

Richard J. Welch (#4497)
MOSES, AFONSO, JACKVONY, LTD.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins (RJW)
Douglas H. Wilkins
ANDERSON & KREIGER, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575
Pro Hac Vice

PLAINTIFFS IN
CIVIL ACTION 06-311-S

Kelly M. Fracassa (#3699)
Naccarato & Fracassa
96 Franklin Street
P.O. Box 2976
Westerly, RI 02891-0933
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail

Enter:

Dated: 8/22/06

By Order:

Dated:__________________