UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW CINGULAR WIRELESS, PCS, LLC f/k/a AT&T WIRELESS PCS, LLC and MCF COMMUNICATIONS, INC. Plaintiffs | |
| vs. | C.A. No.: 03-421-S |
| TOWN OF CHARLESTOWN, R.I, et al. Defendants | |

**PLAINTIFFS' SUGGESTION OF MOOTNESS**

The plaintiffs, MCF Communications, Inc. and New Cingular Wireless PCS, LLC, suggest that this case is now moot, because the Town has issued the building permit for the wireless communications facility at issue in this case. A copy of the building permit is attached as Exhibit A. The proper resolution of this case therefore is a judgment of mootness, which will not operate as a judgment on the merits of the claims still pending. The plaintiffs have tried to obtain agreement on this point, but have been unable to do so.[1]

PLAINTIFFS
New Cingular Wireless, PCS, LLC
f/k/a AT&T WIRELESS PCS, LLC
and MCF COMMUNICATIONS, INC.

/s/ Richard J. Welch
Richard J. Welch (#4497)
MOSES AFONSO JACKVONY, LTD.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

/s/ Douglas H. Wilkins
Douglas H. Wilkins
ANDERSON & KREIGER, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575
Pro Hac Vice

[1] The plaintiffs do not believe that a dismissal with prejudice is appropriate in these circumstances and would object to any such resolution.

**CERTIFICATE OF SERVICE**

I, Richard J. Welch certify that the 8th day of September, 2006, the above document was served via electronic mail and by first-class mail, postage prepaid to the counsel of record listed below:

Douglas H. Wilkins, Esquire
Anderson & Kreiger LLP
43 Thorndike Street
Cambridge, MA 02141

Peter D. Ruggiero, Esquire
Town Counsel
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

Christopher J. Zangari, Esquire
Marinosci & Zangari
1575 South County Trail
East Greenwich, RI 02818

/s/ Richard J. Welch

POST THIS CARD SO IT IS VISIBLE FROM STREET

# BUILDING PERMIT

Fee Paid: $ 565.00
Received By: EAH
Date Granted: 08/28/2006
Numerical Code: 05
Permit Number: 621-06

Aug 28 06 12:50p BRAD GANNON 4013480559 p.1

**THIS CERTIFIES THAT** HILL ALAN G + BARRIE LYNN **BCRB No. (If Applicable)** **Expires:**

**has permission to** Construct a 140' Monopole Cummunications tower with fencing and associated support structures
Per Zoning Approval # 870

**Located at** 5081 OLD POST ROAD **Plat/Map** 014 **Lot/Block** 103 **Parcel/File** 000

Provided that the person accepting this Permit shall in every respect conform to the terms of the application on file in this office and to the provisions of the Statutes and Ordinances relating to Zoning, Construction, Alteration and Maintenance of Buildings in the municipality and shall begin work on said building within 6 MONTHS from the date hereof and prosecute the work thereon to a speedy Completion.

Any person who shall violate any of the Statutes and Ordinances relating to Zoning, Construction, Alteration, and Maintenance in the municipality shall be punished by penalties imposed by the State Building Code and Local Zoning Ordinances.

[signature] (ed)
**Building Official**

**BUILDING INSPECTION APPROVALS:**

Work shall not proceed until the inspector has approved the various stages of construction

| | STAGE OF CONSTRUCTION | SIGNATURE | | STAGE OF CONSTRUCTION | SIGNATURE |
|---|---|---|---|---|---|
| 1. | | | 5. | | |
| 2. | | | 6. | | |
| 3. | | | 7. | | |
| 4. | | | 8. | | |

**This Permit must be returned for Certificate of Occupancy.**
On remote sites this card may be kept within the contractor's vehicle, readily available for inspection.

PLEASE PRINT OR TYPE

STATE OF RHODE ISLAND

# BUILDING PERMIT APPLICATION

On Site

PLEASE PRINT - APPLICANT TO COMPLETE ALL ITEMS

MUNICIPALITY CHARLESTOWN ISSUED 08/28/2006 NUMERICAL CODE 05 PERMIT NO. 621-06

APPLICATION DATE 08/25/2006 CENSUS TRACT ____ FEE REC. $ 565.00 FEE BY EAH

1. STREET LOCATION 5081 OLD POST ROAD 2. ZONING DISTRICT B
3. PLAT/MAP 014 4. LOT/BLOCK 103 5. FILE/PARCEL 000 6. AREA 10.25 7. REHAB CODE (Circle) Yes (No)
8. USE OF STRUCTURE: PREVIOUS SINGLE FAMILY DWELLING PROPOSED OTHER
9. OWNER HILL ALAN G + BARRIE LYNN ADDRESS 5081 OLD POST ROAD TEL. NO. ____
10. CONTRACTOR MCF COMMUNICATIONS, INC IN-STATE? (Yes) No TEL. NO. 401-952-4756
11. CONTRACTOR ADDRESS 668 Main Street Wilmington, Ma 01887 12. REG #: ____ 13. EXP: / /
14. ARCH. OR ENG. ____ ADDRESS ____ TEL. NO. ____
15. RHODE ISLAND REG. NO. ____ 16. Stamped Prints (Circle one) Yes (No) 17. Certificate of Occupancy Required Yes (No)

18. DESCRIPTION OF WORK TO BE PERFORMED

Construct a 140' Monopole Cummunications tower with fencing and associated support structures

Per Zoning Approval # 870

CODE EDITION: IBC 2003 ZONE

19. USE OF EACH FLOOR
- Bsmt.
- 1st
- 2nd
- 3rd
- Other

TYPE AND COST OF BUILDING - PLEASE CHECK APPROPRIATE ITEMS AND ENTER REQUESTED DATA

**A. TYPE OF IMPROVEMENT**
1. X NEW STRUCTURE
2. ____ ADDITION TO EXISTING
3. ____ MODIFICATION TO EXISTING
4. ____ FOUNDATION ONLY

**B. OWNERSHIP**

PUBLIC
1. ____ STATE
2. ____ CITY OR TOWN
3. ____ OTHER, SPECIFY:

PRIVATE
4. X TAXABLE
5. ____ TAX EXEMPT

**C. PRINCIPAL TYPE OF CONSTRUCTION**

(CONSTRUCTION CLASS (Check one))

1. 1A ____ 4. 2B ____ 7. 4 ____
2. 1B ____ 5. 3A ____ 8. 5A ____
3. 2A ____ 6. 3B ____ 9. 5B ____

**D. PROPOSED USE RESIDENTIAL**
1. ____ R-1 HOTELS
2. ____ R-2 APARTMENTS
3. ____ R-3 One and Two Family Attached
4. ____ R-4 ASSISTED LIVING 9-16
5. ____ GARAGE
6. ____ CARPORT
7. ____ MANUFACTURED HOME
8. ____ SWIMMING POOL
9. ____ One and Two Family Detached
10. ____ FIREPLACE
11. ____ OTHER SPECIFY ____

**E. PROPOSED USE NON-RESIDENTIAL**
1. ____ A-1 THEATRES
2. ____ A-2 RESTAURANT/ NIGHT CLUB
3. ____ A-3 ASSEMBLY
4. ____ A-4 ARENAS
5. ____ B BUSINESS
6. ____ F-1 FACTORY(mod haz)
7. ____ F-2 FACTORY(low haz)
8. ____ H-1 HIGH HAZARD DETONATION
9. ____ H-2 HIGH HAZARD DEFLAGRATION
10. ____ H-3 HIGH HAZARD PHYSICAL HAZARD
11. ____ H-4 HIGH HAZARD CORROSIVE TOXIC
12. ____ H-5 HIGH HAZARD - HPM
13. ____ I-1 INSTITUTIONAL SUPERVISED
14. ____ I-2 INSTITUTIONAL INCAPACITATED
15. ____ I-3 INSTITUTIONAL RESTRAINED
16. ____ I-4 INSTITUTIONAL DAYCARE
17. ____ M MERCANTILE
18. ____ S-1 STORAGE MOD HAZARD
19. ____ S-2 STORAGE LOW HAZARD
20. X U UTILITY MISCELLANEOUS
21. ____ OTHER SPECIFY ____
22. ____ MIXED USE

**F. RESIDENTIAL** Complete for new buildings and reconstructions

SINGLE FAMILY
1. ____ TOTAL SINGLE FAMILY UNITS
2. ____ TOTAL NO. OF BEDROOMS

TOTAL # OF BATHS 3. ____ FULL 4. ____ HALF

MULTI-FAMILY
5. ____ TOTAL NO. OF KITCHENS

TOTAL # OF BATHS 6. ____ FULL 7. ____ HALF

TOTAL NO. OF APARTMENTS BY NO. OF BEDROOMS

8. Effic. ____ 9. 1 ____ 10. 2 ____
11. 3 ____ 12. 4 ____ 13. 5 ____
14. ____ MORE, Please Specify ____
15. ____ TOTAL NUMBER OF BUILDINGS IN PROJECT

**G. FOUNDATION SETS BACK FROM PROPERTY LINES**
1. FRONT 810
2. REAR 210
3. LEFT SIDE 210
4. RIGHT SIDE 210

**H. DIMENSIONS**
1. No. of Stories ____ 2. Basement: Yes ____ No X
3. Height of Construction Ft. ____ MAX. WIDTH ____ MAX. DEPTH ____
4. Total Floor Area Sq. Ft. w/o Basement ____

**I. ESTIMATED COST MATERIAL AND LABOR**

| | |
|---|---|
| 1. GENERAL COST | $ 80000 |
| TO BE INSTALLED BUT NOT INCLUDED IN THE ABOVE COST | |
| 2. ELECTRICAL | $ 0 |
| 3. PLUMBING AND PIPING | $ 0 |
| 4. HEATING, AIR COND. | $ 0 |
| 5. FIRE SUPPRESSION | $ 0 |
| 6. OTHER, ELEVATOR, ETC. | $ 0 |
| TOTAL COST | $ 80000 |

**J. FLOOD HAZARD AREA-1.YES (2.NO)**
1. Elev. (MSL) of lowest floor incl. basement ____
2. Elev. (MSL) of 100 year flood ____

**K. TYPES OF SEWAGE DISPOSAL**
1. ____ PUBLIC 2. ____ PRIVATE SYSTEM
3. ISDS NO. ____ DATE / /

**L. NUMBER OF OFF-STREET PARKING SPACES**
1. ENCLOSED ____
2. OUTDOORS ____

**M. TYPE OF WATER SUPPLY**
1. ____ PUBLIC
2. ____ PRIVATE
3. ____ INDIVIDUAL WELL

**N. EQUIPMENT**

State Approval Required
1. INCINERATOR ____
2. ELEVATOR (Enter Number) ____

**O. FEES**

| | |
|---|---|
| RADON FEE | $ 0.00 |
| MUNICIPAL BUILDING PERMIT FEE | $ 485.00 |
| CE/ADA FEE | $ 80.00 |
| TOTAL PERMIT FEE | $ 565.00 |

1 & 2 FAMILY DWELLING LIMITED TO CE /ADA FEE OF $50.00

BUILDING OFFICIAL'S SIGNATURE

EAH

I hereby certify that I have the authority to make the foregoing application, that the application is correct, and that the owner of this building and the undersigned agree to conform to all applicable codes and ordinances of this jurisdiction.

APPLICANT'S SIGNATURE ____ DATE 8-28-06 TEL. NO. ____

C13884

Aug 28 06 12:50p BRAD GANNON 4013480559 p.2

KEEP FOR YOUR RECORDS

**CHARLESTOWN**
**4540 SO COUNTY TRAIL**
**CHARLESTOWN, RI 02813**

Phone: 364-1215

| | |
|---|---|
| Numerical Code | 05 |
| Permit Number | 621-06 |
| Permit Type | BUILDING |

Parcel ID: 014-103-000
Location:
5081 OLD POST ROAD
Zoning District: B

Owner:
HILL ALAN G + BARRIE LYNN
5081 OLD POST ROAD
CHARLESTOWN RI 02813...

Contractor: MCF COMMUNICATIONS, INC
#: , Exp Date: / /
Arch/Eng.:

Issue Date: 08/28/2006
Applied On: 08/25/2006
Applicant: MCF COMMUNICATIONS, INC
Previous Use: SINGLE FAMILY DWELLING
Proposed Use: OTHER

Description of Work:
Construct a 140' Monopole Cummunications tower with fencing and associated support structures Per Zoning Approval # 870

Improvement: NEW STRUCTURE-NLA
Proposed Use Residential:
Ownership Type: PRIVATE - TAXABLE
Proposed Use Non-Residential: U UTILITY MISCELLANEOUS
Principal Type of Construction:
Total Estimated Cost: $80,000.00

| *Fee Charged* | *Units* | *Rate* | *Amount* | *Payment* | *Date* | *Check* | *Received By* |
|---|---|---|---|---|---|---|---|
| BUILDING PERMIT | 485.00 | 1.0000 | $485.00 | $485.00 | 08/28/20... | 0121 | EAH |
| CEADA | 80000.00 | 0.0010 | $80.00 | $80.00 | 08/28/20... | 0121 | EAH |

| | |
|---|---|
| Total Amount | $565.00 |
| Total Collected | $565.00 |
| Balance Due | $0.00 |