UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEW CINGULAR WIRELESS, PCS, LLC f/k/a AT&T WIRELESS PCS, LLC and MCF COMMUNICATIONS, INC.

Plaintiffs,

v.

TOWN OF CHARLESTOWN, RHODE ISLAND, ET AL.

Defendants.

C.A. No. 03-421S

**ORDER OF DISMISSAL**

Plaintiffs have filed a Suggestion of Mootness. Because Defendants have not responded, this matter is dismissed as MOOT.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 9/29/06